```
              UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF NORTH CAROLINA
                   WESTERN DIVISION


UNITED STATES OF AMERICA,    )
                             )
              PETITIONER,    )
                             )
                             )
       VS                    ) CASE NO. 5:10-HC-2151-BO
                             )
                             )
                             )
WALTER WOODEN,               )
                             )
              RESPONDENT.    )
```

STATUS CONFERENCE

MAY 17, 2011

HONORABLE TERRENCE W. BOYLE, PRESIDING

APPEARANCES:

    MR. MICHAEL JAMES
    ASSISTANT UNITED STATES ATTORNEY
    310 NEW BERN AVENUE
    RALEIGH, NC   27601
    (FOR THE GOVERNMENT)

    MR. NORMAN ACKER, III
    ASSISTANT UNITED STATES ATTORNEY
    310 NEW BERN AVENUE
    RALEIGH, NC   27601
    (FOR THE GOVERNMENT)

```
 1   APPEARANCES: (CONT.)

 2        MS. DEBRA GRAVES
          ASSISTANT FEDERAL PUBLIC DEFENDER
 3        150 FAYETTEVILLE STREET
          SUITE 450
 4        RALEIGH, NC   27601
          (FOR THE RESPONDENT)
 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   SHARON K. KROEGER, COURT REPORTER
     MACHINE SHORTHAND REPORTER, COMPUTER AIDED TRANSCRIPTION
```

```
 1              THE COURT:  A LOT OF WHAT WE SAID IN THE LAST
 2   CASE APPLIES TO THIS CASE.  WHERE ARE WE ON THE TRIAL
 3   SCHEDULE WITH HIM?
 4              MS. GRAVES:  YOUR HONOR, UNFORTUNATELY WE ARE
 5   NOT AS FAR ALONG AS IN THE PREVIOUS CASE BECAUSE OF OUR
 6   LACK OF FUNDING IN THE FEDEDERAL DEFENDER'S OFFICE.  I
 7   FILED A MOTION, I THINK YESTERDAY, REGARDING THE FACT
 8   THAT WE DON'T HAVE THE FUNDS TO HIRE AN EXPERT.
 9              THE PROCESS IS IN PLACE.  WE HAVE MADE THE
10   REQUEST TO WASHINGTON, BUT THE NEXT MEETING OF THE
11   COMMITTEE ON THE JUDICIAL CONFERENCE COMMITTEE ON
12   DEFENDANTS' SERVICES NEXT MEETS JUNE 13 TO 15.  WE ARE
13   HOPING THAT OUR REQUEST WILL BE ON THE AGENDA AT THAT
14   TIME, AND IF IT IS, IT WOULD STILL TAKE ROUGHLY THREE
15   WEEKS AFTER THAT FOR US TO GET FUNDING.
16              SO WE ARE KIND OF AT A STANDSTILL IN TERMS OF
17   HIRING SOMEONE TO EVALUATE MR. WOODEN ON THE RESPONDENT'S
18   BEHALF.
19              THE COURT:  HOW IS THIS DIFFERENT FROM A
20   REGULAR CRIMINAL CASE WHERE YOU NEEDED TO PRODUCE
21   EVIDENCE?
22              MS. GRAVES:  IT'S DIFFERENT IN THAT WE
23   BUDGETED FOR THIS FISCAL YEAR TAKING INTO ACCOUNT REGULAR
24   CRIMINAL CASES, BUT NOT TAKING INTO ACCOUNT HIRING
25   EXPERTS FOR THESE 4248 CASES.  I THINK THE THINKING
```

```
 1   WAS -- AND YOU KNOW, IT'S KIND OF HARD TO GO BACK, BUT
 2   I THINK THE THINKING BACK IN THE END OF LAST YEAR WAS
 3   THAT MOST EXPERTS WOULD BE COURT EXPERTS.  I THINK THAT
 4   THE THINKING WITHIN OUR OFFICE WAS THAT IT WOULD FOLLOW
 5   THE 4246 MODEL AND THAT WE WERE NOT GOING TO BE HIRING
 6   EXPERTS.
 7            ALSO, I GUESS AT THAT TIME, WE WEREN'T SURE
 8   HOW MANY OF THESE CASES WE WERE ACTUALLY GOING TO BE
 9   REPRESENTING TOWARDS THE HEARING.  SO THERE WAS NO PLAN
10   IN OUR BUDGET TO PAY FOR EXPERTS.
11            NOW, I AM SURE YOU KNOW ENOUGH ABOUT THE WAY
12   OUR OFFICE WORKS TO KNOW THAT MONEY CAN BE MOVED AROUND
13   FROM TIME TO TIME AND TO A GREAT EXTENT WE HAVE DONE
14   THAT.  WE HAVE PAID OVER $100,000 FOR EXPERTS IN 4248
15   CASES.  AND THE BOTTOM LINE IS THAT WE ARE SIMPLY TAPPED
16   OUT.  WE DON'T HAVE ANYWHERE ELSE TO GO TO GET MONEY
17   WITHIN THE EXISTING BUDGET.
18            THE COURT:  LET'S SUPPOSE IT NEVER GETS
19   FUNDED.  LET'S ASSUME THAT THE GOVERNMENT -- THAT
20   CONGRESS NEVER FUNDS IT, AND THAT THE A.O. NEVER PUTS ANY
21   MONEY IN.  SURELY THE CASES JUST DON'T GO INTO SUSPENDED
22   ANIMATION FOR A LIFE SENTENCE BECAUSE YOU COULDN'T GET A
23   WITNESS.
24            MS. GRAVES:  I THINK THERE ARE POSSIBILITIES.
25   I THINK THAT, OF COURSE, OUR CLIENTS WOULD AND WE WOULD
```

```
1    ARGUE THAT THEY WERE BEING DEPRIVED OF THEIR LIBERTY IN
2    VIOLATION OF THE CONSTITUTION.
3              `     THE COURT:  AND GET A HABEAS PETITION?
4                    MS. GRAVES:  YES.
5                    THE COURT:  DO YOU THINK THAT WOULD WORK?
6                    MS. GRAVES:  I DON'T KNOW.  BUT THE
7    ALTERNATIVE ALSO IS FOR US TO WITHDRAW FROM THE CASE AND
8    TO HAVE PANEL ATTORNEYS REPRESENT THEM BECAUSE THEIR
9    PROCESS FOR OBTAINING EXPERTS IS DIFFERENT FROM OURS.  WE
10   CAN'T SECURE THE SERVICES OF AN EXPERT WITHOUT HAVING THE
11   MONEY IN OUR BUDGET, BUT THEY CAN.
12                   THE COURT:  CANNOT.
13                   MS. GRAVES:  CANNOT. BUT THEY CAN.  THEY CAN
14   GET -- THEY CAN HIRE AN EXPERT BEFORE THEY ACTUALLY HAVE
15   THE MONEY.
16                   THE COURT:  OKAY.  WELL, WHY DON'T YOU PARTNER
17   WITH A PANEL ATTORNEY AND GET THE EXPERT AND GET READY
18   FOR TRIAL.  APPOINT CO-COUNSEL IN ORDER TO GET AN EXPERT.
19                   MS. GRAVES:  THAT IS A CREATIVE WAY OF LOOKING
20   AT IT.
21                   THE COURT:  THERE IS NO PROHIBITION AGAINST
22   IT.  IT'S A CIVIL CASE.  THAT IS WHAT EVERYBODY KEEPS
23   SAYING.  YOU CAN HAVE MORE THAN ONE LAWYER.
24                   MS. GRAVES:  THAT IS TRUE.  I WILL CERTAINLY
25   GIVE THAT SOME THOUGHT.
```

```
 1                    THE COURT:  OKAY.
 2                    MS. GRAVES:  YES, SIR.
 3                    THE COURT:  AND SO YOU ARE AT A STALEMATE NOW
 4       UNTIL YOU CAN GET YOUR EXPERT.
 5                    MS. GRAVES:  YES, SIR.
 6                    THE COURT:  WHY DON'T YOU -- I WILL DENY THE
 7       MOTION TO CONTINUE, AND WHY DON'T YOU REPORT BACK IN 15
 8       DAYS AND SEE WHAT THE STATUS IS THEN AND GIVE ME A
 9       WRITTEN REPORT ON THE TIMING AND WHETHER YOU ARE GOING TO
10       BE ABLE TO ACHIEVE YOUR TRIAL PREPARATION.
11                    MS. GRAVES:  YES, SIR.
12                    THE COURT:  OKAY.  IS THAT SORT OF WHERE WE
13       ARE IN THIS CASE?  I KNOW I HAVE GOT THE MOTION TO
14       DISMISS AND I AM IN THE PROCESS OF TRYING TO ADDRESS --
15                    MR. JAMES:  THAT'S CORRECT, JUDGE.
16                    THE COURT:  -- THAT AND FINALIZE.
17                    MR. JAMES:  WE HAVEN'T RECEIVED ANY
18       DISCLOSURES FROM THE RESPONDENT.  THAT DISCLOSURE WOULD
19       ONLY BE THEIR EXPERT'S REPORT, AND SO THAT IS WHERE WE
20       ARE WITH THIS RIGHT NOW.  THAT IS OUR STATUS.
21                    THE COURT:  IT WOULD BE PREMATURE TO SET THIS
22       CASE FOR TRIAL; DO YOU THINK?
23                    MR. JAMES:  I WOULD SAY, YOUR HONOR, AT LEAST
24       UNTIL THE 15 DAY PERIOD IN WHICH COUNSEL IS SUPPOSED TO
25       REPORT TO THE COURT ON WHETHER OR NOT SHE CAN TAKE
```

```
 1    ADVANTAGE OF THE COURT'S ADVICE ABOUT THE CO-COUNSEL, ET
 2    CETERA.
 3              THE COURT:  ALL RIGHT.  BASED ON WHATEVER THE
 4    GOVERNMENT -- I MEAN THE PUBLIC DEFENDER'S FILING IS,
 5    MAYBE YOU CAN USE THAT AS AN OPPORTUNITY TO REQUEST A
 6    TRIAL SETTING AND REPORT ON THE DISCOVERY DISCLOSURES AND
 7    EXPERT DISCLOSURES.
 8              SO WE WON'T SET A FORMAL DATE, BUT WE WILL SET
 9    A PROCESS TO GET A DATE.  IS THAT OKAY?
10              MR. JAMES:  YES, YOUR HONOR.
11              MS. GRAVES:  YES, SIR.
12              THE COURT:  ALL RIGHT.  ANYTHING ELSE IN THIS
13    CASE?
14              MS. GRAVES:  THERE IS ONE MORE THING.  I DID
15    FILE A MOTION FOR BRADY.
16              THE COURT:  OKAY.
17              MS. GRAVES:  AND THERE WERE SOME SPECIFIC
18    THINGS THAT WE WERE LOOKING FOR.  THERE WAS A VIDEO TAPE
19    THAT WAS RUMORED TO HAVE BEEN MADE OF OUR CLIENT MAKING
20    SOME STATEMENTS BACK IN 2005 TO LAW ENFORCEMENT THAT WE
21    ARE TRYING TO GET AHOLD OF, AND WE ARE ALSO TRYING TO GET
22    AHOLD OF NOTES FROM THE DOCTOR WHO WAS TREATING HIM
23    DURING THAT TIME PERIOD.
24              SO -- AND I HAVE PREVIOUSLY ASKED MR. JAMES
25    ABOUT THOSE THINGS.
```

MR. ACKER: YOUR HONOR, AS WE SAID THE LAST TIME WE WERE BEFORE YOU, WE DON'T BELIEVE WE HAVE ANY OBLIGATIONS UNDER BRADY, BUT WE UNDERSTAND HOW YOUR HONOR IS GOING TO RULE ON THAT, AND WE WILL COMPLY IF YOUR HONOR ORDERS IT.

I WILL NOTE THAT WE DO NOT BELIEVE WE HAVE POSSESSION OF ANY BRADY MATERIAL.

THE COURT: WELL, JUST LIKE IN A CRIMINAL CASE, THAT IS A COMPLETE ANSWER.

MR. ACKER: RIGHT.

THE COURT: IF YOU ARE IN A CRIMINAL INDICTMENT AND THE DEFENDANT LAWYER SAYS, GIVE ME ALL YOUR BRADY, AND YOU SAY, YOU HAVE ALL THE BRADY THERE IS, AND/OR THERE IS NO BRADY.

MR. ACKER: RIGHT.

THE COURT: THEN THAT IS A COMPLIANCE. THE ONLY THING THAT CAN OVERCOME THAT IS SOME UNFORESEEN DISCOVERY LATER IN TIME THAT YOU HONESTLY DIDN'T KNOW ABOUT.

MR. ACKER: RIGHT. TO THE EXTENT THAT THERE ARE MATERIALS THAT THEY ARE AWARE OF THAT THEY WOULD LIKE OUR ASSISTANCE IN TRYING TO OBTAIN, I DON'T THINK WE HAVE ANY OBJECTION TO DOING THAT, WHETHER IT'S INCULPATORY OR EXCULPATORY. IF WE ARE GOING TO ASSIST IN GETTING IT, WE WOULD LIKE TO GET IT AND WE'LL SHARE IT WITH BOTH SIDES.

```
 1    SO WE CERTAINLY WILL DO THAT.  I DON'T KNOW THAT WE CAN
 2    PROMISE BECAUSE WE DON'T ALWAYS HAVE ACCESS TO CERTAIN
 3    THINGS.
 4              THE COURT:  YES.  YOU ARE NOT OBLIGATED,
 5    EXCEPT FOR THE THINGS YOU HAVE.
 6              I THINK IN A CRIMINAL CASE YOU HAVE TO GIVE UP
 7    WHAT YOU HAVE, BUT YOU DON'T HAVE TO GO ON A HUNTING TRIP
 8    TO FIND STUFF YOU DON'T HAVE.
 9              MR. ACKER:  THANK YOU, YOUR HONOR.  THAT WAS
10    WHAT WE WANTED TO CLARIFY.
11              THE COURT:  YOU DON'T HAVE TO SCOUR THE WORLD
12    TO FIND SOMETHING THAT IS BRADY, BUT IF YOU HAVE GOT IT,
13    YOU HAVE TO GIVE IT UP.
14              MR. ACKER:  THAT'S CORRECT, YOUR HONOR.  WE
15    JUST WANTED TO MAKE SURE THAT THAT WAS --
16              THE COURT:  I THINK THAT IS THE INTENT OF THE
17    RULE.  AND I OWE EVERYBODY AN ORDER WHICH I AM TRYING TO
18    FASHION THAT WILL BE A ONE SIZE FITS ALL ON THIS BRADY
19    THING SAYING THAT AS FAR AS I AM CONCERNED, IT'S
20    APPLICATION OF FUNDAMENTAL LAW AND SO YOU HAVE TO DO IT
21    RATHER THAN RESPOND IN EACH CASE.
22              MR. ACKER:  THANK YOU, YOUR HONOR.
23              THE COURT:  THANK YOU VERY MUCH.  WE'LL BE IN
24    RECESS.
25              (WHEREUPON, THE PROCEEDINGS WERE ADJOURNED.)
```

## CERTIFICATE

THIS IS TO CERTIFY THAT THE FOREGOING TRANSCRIPT OF PROCEEDINGS TAKEN IN THE UNITED STATES DISTRICT COURT IS A TRUE AND ACCURATE TRANSCRIPTION OF THE SHORTHAND NOTES, CONSISTING OF THE WHOLE THEREOF, OF THE PROCEEDINGS TAKEN BY ME IN MACHINE SHORTHAND AND TRANSCRIBED BY COMPUTER UNDER MY SUPERVISION.

DATED THIS 29TH DAY OF AUGUST, 2011.

/S/ SHARON K. KROEGER
COURT REPORTER